1  MICHAEL E. BREWER, Bar No. 177912
   mbrewer@littler.com
2  ALISON CUBRE, Bar No. 257834
   acubre@littler.com
3  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
4  San Francisco, CA 94104.2842
   Telephone:   415.433.1940
5  Facsimile:   415.399.8490

6  Attorneys for Defendants
   KINDRED HEALTHCARE OPERATING, INC. and
7  GENTIVA CERTIFIED HEALTHCARE CORP.

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  VALERIE CASHON, on behalf of herself       Case No.  3:16-cv-04889
    and all others similarly situated,,
12                                             **STIPULATION TO EXTEND TIME TO
                     Plaintiff,                ANSWER COMPLAINT** : ORDER
13
          v.
14
    KINDRED HEALTHCARE
15  OPERATING, INC., a Delaware
    Corporation; GENTIVA CERTIFIED
16  HEALTHCARE CORP., a Delaware
    Corporation; and DOES 1 through 15
17  inclusive,

18                   Defendant.

19

20         WHEREAS, on August 24, 2016, Plaintiff VALERIE CASHON ("Plaintiff") filed a

21  Complaint against Defendants KINDRED HEALTHCARE OPERATING, INC. and GENTIVA

22  CERTIFIED HEALTHCARE CORP. ("Defendants"), in the United States District Court for the

23  Northern District of California;

24         WHEREAS, Defendants response to Plaintiff's Complaint is currently due on

25  September 20, 2016;

26         WHEREAS, Defendants need additional time to respond to the allegations in

27  Plaintiff's Complaint;

28

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

STIPULATION TO EXTEND TIME TO
ANSWER COMPLAINT                                          Case No. 3:16-cv-04889

1   WHEREAS, there have been no prior requests for an extension of time to respond to

2   the Complaint;

3   WHEREAS, the Parties have agreed, by and through their counsel of record, to

4   extend the last day for Defendants to answer or otherwise respond to the Complaint by 21 days or

5   until October 11,2016;

6   WHEREAS, pursuant to Civil Local Rule 6-1(a), this extension will not alter the date

7   of any event or any deadline already fixed by Court order; and

8   THEREFORE, it is hereby stipulated and agreed that pursuant to Civil Local Rule 6-

9   1(a), the time for Defendants to answer, move or otherwise respond to Plaintiff's Amended

10  Complaint shall be extended up to and including October 11, 2016.

11

12  Dated: September 16, 2016

13

14                                      /s/ Alison J. Cubre
                                        MICHAEL E. BREWER
15                                      ALISON J. CUBRE
                                        LITTLER MENDELSON, P.C.
16                                      Attorneys for Defendants
                                        KINDRED HEALTHCARE OPERATING,
17                                      INC., AND GENTIVA
                                        CERTIFIED HEALTHCARE CORP.
18  Dated: September 16, 2016

19

20                                      /s/ Brendan J. Begley
                                        BRENDAN J. BEGLEY
21                                      WEINTRAUB TOBIN CHEDIAK
                                        COLEMAN GRODIN
22                                      Attorneys for Plaintiff
                                        VALERIE CASHON
23

24     Dated: September 19, 2016

25

26  Firmwide:142798989.1 068500.1373

27

28

IT IS SO ORDERED

Judge Laurel Beeler

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO EXTEND TIME TO
ANSWER COMPLAINT

2.

Case No. 3:16-cv-04889