1  ANTHONY M. PEREZ, JR., Bar No. 113041
   aperez@perezlawoffices.com
2  **PEREZ LAW OFFICES**
   455 Capitol Mall, Suite 231
3  Sacramento, CA 95814
   Tel: (916) 441-0500
4  Fax: (916) 441-0555

5  CHARLES L. POST, Bar No. 160443
   cpostl@weintraub.com
6  BRENDAN J. BEGLEY, Bar No. 202563
   bbegley@weintraub.com
7  **WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**
   Law Corporation
8  400 Capitol Mall, 11th Floor
   Sacramento, CA 95814
9  Telephone:   (916) 558-6000
   Facsimile:   (916) 446-1611

10

11 Attorneys for Plaintiff

   [Additional Counsel Listed on Following Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE CASHON, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>KINDRED HEALTHCARE OPERATING, INC., a Delaware Corporation; GENTIVA CERTIFIED HEALTHCARE CORP., a Delaware Corporation; and DOES 1 through 15 inclusive,<br><br>    Defendants. | Case No. 3:16-cv-04889 RS<br><br>**JOINT STIPULATION TO EXTEND CLASS CERTIFICATION DEADLINES AND TO STAY DISCOVERY; [~~PROPOSED~~] ORDER** |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT STIP. TO EXTEND CLASS CERT. DEADLINES & TO STAY DISCOVERY    Case No. 3:16-cv-04889 RS

MICHAEL E. BREWER, Bar No. 177912
mbrewer@littler.com
ALISON CUBRE, Bar No. 257834
acubre@littler.com
LISA LIN GARCIA, Bar No. 260582
llgarcia@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104.2842
Telephone: 415.433.1940
Facsimile: 415.399.8490

ANGELO SPINOLA, *appearance pro hac vice*
aspinola@littler.com
LITTLER MENDELSON, P.C.
3344 Peachtree Road NE, Suite 1500
Atlanta, GA 30326
Telephone: 404.233.0330
Facsimile: 404.233.2361

Attorneys for Defendants
KINDRED HEALTHCARE OPERATING, INC. and GENTIVA
CERTIFIED HEALTHCARE CORP.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT STIP. TO EXTEND CLASS CERT.
DEADLINES & TO STAY DISCOVERY

2.

Case No. 3:16-cv-04889 RS

Plaintiff VALERIE CASHON ("Plaintiff") and Defendants KINDRED HEALTHCARE OPERATING, INC. and GENTIVA CERTIFIED HEALTHCARE CORP. ("Defendants") (collectively, the "Parties"), through their respective counsel, hereby stipulate, subject to Court approval, that the deadlines related to Plaintiff's motion for class certification shall be continued and discovery stayed in light of the Parties' agreement to participate in further ADR.

WHEREAS, on February 27, 2017 the Court issued a Case Management Scheduling Order following a Case Management Conference setting the following deadlines for class certification: (1) motion for class certification must be filed on or before October 19, 2017; (2) opposition to motion for class certification must be filed on or before November 16, 2017; (3) reply to opposition must be filed on or before November 30, 2017; and (4) Plaintiff's motion for class certification shall be heard on December 14, 2017 at 1:30 p.m.;

WHEREAS, the Parties previously attended mediation with mediator, Michael Dickstein, on April 3, 2017;

WHEREAS, since mediation, the Parties engaged in further formal discovery and have agreed to mediate the matter again prior to class certification briefing;

WHEREAS, based on the availability of the Parties, their respective counsel and Mr. Dickstein, mediation is scheduled for November 20, 2017;

WHEREAS, the Parties have agreed that in the interests of facilitating possible settlement of this matter and in the interest of conserving judicial resources, they wish to stay discovery and limit unnecessary attorneys' fees and costs, given that this case will be mediated; and

NOW THEREFORE, to avoid the unnecessary expenditure of resources on discovery, the Parties STIPULATE, subject to Court approval, as follows:

1. Class certification briefing shall be continued by seven weeks as follows: (i) Plaintiff shall file her Motion for Class Certification on or before December 7, 2017; (ii) Defendants shall file their Opposition on or before January 4, 2018; (iii) Plaintiff shall file her Reply on or before January 18, 2018; and (iv) the hearing shall be set for an available date thereafter that is convenient for the Court;

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT STIP. TO EXTEND CLASS CERT. DEADLINES & TO STAY DISCOVERY    3.    Case No. 3:16-cv-04889 RS

2. The Parties shall stay discovery, including all pending discovery requests propounded by Plaintiff to Defendants, until mediation is completed on November 20, 2017; and

3. The deadline for Defendants to respond to Plaintiff's Requests for Production of Documents propounded to Gentiva Certified Healthcare Corp., Set Two, and Plaintiff's Requests for Production of Documents propounded to Kindred Healthcare Operating, Inc., Set Two, shall be continued to a mutually agreeable date to be decided by the Parties after mediation is completed.

IT IS SO STIPULATED.

Dated: October 4, 2017

*/s/ Anthony Perez*
ANTHONY PEREZ
CHARLES L. POST
BRENDAN J. BEGLEY
Attorneys for Plaintiff
VALERIE CASHON

Dated: October 4, 2017

*/s/ Michael E. Brewer*
MICHAEL E. BREWER
ALISON J. CUBRE
LISA LIN GARCIA
ANGELO SPINOLA
Attorneys for Defendants
KINDRED HEALTHCARE OPERATING, INC., and GENTIVA CERTIFIED HEALTHCARE CORP.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

**[~~PROPOSED~~] ORDER**

Having considered the Parties' Joint Stipulation to Extend Class Certification Deadlines and to Stay Discovery, and good cause appearing therefor, the Court hereby orders as follows:

1. The briefing schedule for Plaintiff's motion for class certification is hereby continued as follows: Plaintiff shall file her Motion for Class Certification on or before December 7, 2017, Defendants shall file their Opposition on or before January 4, 2018 and Plaintiff shall file her Reply, if any, to Defendants' Opposition on or before January 18, 2018;

2. The hearing on Plaintiff's motion for class certification shall be set on __February 8__, 2018 at _1:30 pm_; and

3. All discovery, including all pending discovery requests propounded by Plaintiff to Defendants, is stayed pending the completion of the November 20, 2017 mediation.

4. The deadline for Defendants to respond to Plaintiff's Requests for Production of Documents propounded to Gentiva Certified Healthcare Corp., Set Two, and Plaintiff's Requests for Production of Documents propounded to Kindred Healthcare Operating, Inc., Set Two, shall be continued to a mutually agreeable date to be decided by the Parties after mediation is completed.

**IT IS SO ORDERED**

Dated: 10/4/17

_____
HON. RICHARD SEEBORG

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT STIP. TO EXTEND CLASS CERT. DEADLINES & TO STAY DISCOVERY — 5. — Case No. 3:16-cv-04889 RS