| | |
|---|---|
| 1 | ANTHONY M. PEREZ, JR., Bar No. 113041 |
| | aperez@perezlawoffices.com |
| 2 | **PEREZ LAW OFFICES** |
| | 455 Capitol Mall, Suite 231 |
| 3 | Sacramento, CA 95814 |
| | Tel: (916) 441-0500 |
| 4 | Fax: (916) 441-0555 |
| 5 | CHARLES L. POST, Bar No. 160443 |
| | cpostl@weintraub.com |
| 6 | BRENDAN J. BEGLEY, Bar No. 202563 |
| | bbegley@weintraub.com |
| 7 | Darrin M. Menezes, Bar No. 202729 |
| | dmenezes@weintraub.com |
| 8 | **WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN** |
| | Law Corporation |
| 9 | 400 Capitol Mall, 11th Floor |
| | Sacramento, CA 95814 |
| 10 | Telephone: (916) 558-6000 |
| | Facsimile: (916) 446-1611 |

Attorneys for Plaintiff

[Additional Counsel Listed on Following Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE CASHON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KINDRED HEALTHCARE OPERATING, INC., a Delaware Corporation; GENTIVA CERTIFIED HEALTHCARE CORP., a Delaware Corporation; and DOES 1 through 15 inclusive,<br><br>Defendants. | Case No. 3:16-cv-04889 RS<br><br>**JOINT STIPULATION TO FURTHER EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND HEARING ON MOTION FOR PRELIMINARY APPROVAL; [~~PROPOSED~~] ORDER** |

---

JOINT STIP. TO FURTHER EXTEND
MOTION FOR PRELIM. APP. DEADLINE

Case No. 3:16-cv-04889 RS

| 1 | ELIZABETH STAGGS WILSON, Bar No. 183160
estaggs-wilson@littler.com
| 2 | **LITTLER MENDELSON, P.C.**
| 3 | 2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
| 4 | Telephone: 310.553.0308
Facsimile: 310.553.5583
| 5 |
| 6 | ALISON CUBRE, Bar No. 257834
acubre@littler.com
| 7 | LISA LIN GARCIA, Bar No. 260582
llgarcia@littler.com
| 8 | **LITTLER MENDELSON, P.C.**
333 Bush Street, 34th Floor
San Francisco, CA 94104.2842
| 9 | Telephone: 415.433.1940
Facsimile: 415.399.8490
| 10 |
| 11 | ANGELO SPINOLA, *appearance pro hac vice*
aspinola@littler.com
| 12 | **LITTLER MENDELSON, P.C.**
3344 Peachtree Road NE, Suite 1500
Atlanta, GA 30326
| 13 | Telephone: 404.233.0330
Facsimile: 404.233.2361
| 14 |
| 15 | Attorneys for Defendants
KINDRED HEALTHCARE OPERATING, INC. and GENTIVA CERTIFIED HEALTHCARE CORP.

Plaintiff VALERIE CASHON ("Plaintiff") and Defendants KINDRED HEALTHCARE OPERATING, INC. and GENTIVA CERTIFIED HEALTHCARE CORP. ("Defendants") (collectively, the "Parties"), through their respective counsel, hereby stipulate, subject to Court approval, as follows.

WHEREAS, on November 19, 2017 the parties participated in mediation in this action;

WHEREAS, on November 28, 2017, Plaintiff filed a Notice of Proposed Class Settlement and Request for Preliminary Approval Hearing Date [Dkt No. 58] in which Plaintiff informed the court of a proposed settlement and sought a motion for preliminary approval of class action settlement hearing date in late January 2018;

WHEREAS, on November 28, 2017, the Court issued an Order Staying Currently Set Date and Setting Schedule for Preliminary Approval [Dkt No. 59] in which the Court ordered the parties to file the motion for preliminary approval by January 11, 2018 and set the hearing regarding preliminary approval on February 1, 2018 at 1:30 p.m. in Courtroom 3;

WHEREAS, the Parties have previously requested and the Court approved the Parties' request to move the deadline to file the motion for preliminary approval [Dkt Nos. 61-64; 70-73];

WHEREAS, the current deadline for Plaintiff to file her motion for preliminary approval is March 13, 2018;

WHEREAS, the Parties have been and continue to work diligently to prepare the long-form stipulation regarding class settlement but have not yet finalized that agreement;

WHEREAS, the parties need further additional time to finalize that agreement after which the motion for preliminary approval can be filed and heard;

WHEREAS, the parties believe that it would be most efficient for the parties and the Court to continue the deadline regarding motion for preliminary approval;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, as follows:

/ / /

1. The deadline for Plaintiff to file her motion for preliminary approval currently scheduled for March 13, 2018 shall be continued to March 27, 2018; and

2. The hearing on Plaintiff's motion for preliminary approval currently scheduled for March 29, 2018 shall be continued to April 12, 2018 or the Court's earliest available hearing date thereafter.

IT IS SO STIPULATED.

Dated: March 13, 2018

                                        /s/ *Darrin M. Menezes*
                                      ANTHONY PEREZ
                                      CHARLES L. POST
                                      BRENDAN J. BEGLEY
                                      DARRIN M. MENEZES
                                      Attorneys for Plaintiff
                                      VALERIE CASHON

Dated: March 13, 2018

                                      /s/ *Lisa Lin Garcia*
                                      ELIZABETH STAGGS WILSON
                                      ALISON J. CUBRE
                                      LISA LIN GARCIA
                                      ANGELO SPINOLA
                                      Attorneys for Defendants
                                      KINDRED HEALTHCARE OPERATING,
                                      INC., and GENTIVA CERTIFIED
                                      HEALTHCARE CORP.

# ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated: March 13, 2018    By: /s/ Lisa Lin Garcia
                             Lisa Lin Garcia

# [~~PROPOSED~~] ORDER

Having considered the Parties' Joint Stipulation to Further Extend Deadline to File Motion for Preliminary Approval of Class Action Settlement and Hearing on Motion for Preliminary Approval, and good cause appearing therefor, the Court hereby orders as follows:

1. The deadline for Plaintiff to file her motion for preliminary approval is hereby continued from March 13, 2018 to __March 27__, 2018;

2. The hearing on Plaintiff's motion for preliminary approval shall be set on __April 26__, 2018 at __1:30 pm__.

**IT IS SO ORDERED**

Dated: __3/14/18__

_[signature]_
HON. RICHARD SEEBORG

Firmwide:153395076.1 091140.1001