| | |
|---|---|
| 1 | ANTHONY M. PEREZ, JR., Bar No. 113041 |
| | aperez@perezlawoffices.com |
| 2 | **PEREZ LAW OFFICES** |
| | 455 Capitol Mall, Suite 231 |
| 3 | Sacramento, CA 95814 |
| | Tel: (916) 441-0500 |
| 4 | Fax: (916) 441-0555 |
| 5 | CHARLES L. POST, Bar No. 160443 |
| | cpostl@weintraub.com |
| 6 | BRENDAN J. BEGLEY, Bar No. 202563 |
| | bbegley@weintraub.com |
| 7 | Darrin M. Menezes, Bar No. 202729 |
| | dmenezes@weintraub.com |
| 8 | **WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN** |
| | Law Corporation |
| 9 | 400 Capitol Mall, 11th Floor |
| | Sacramento, CA 95814 |
| 10 | Telephone: (916) 558-6000 |
| | Facsimile: (916) 446-1611 |

Attorneys for Plaintiff

[Additional Counsel Listed on Following Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE CASHON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KINDRED HEALTHCARE OPERATING, INC., a Delaware Corporation; GENTIVA CERTIFIED HEALTHCARE CORP., a Delaware Corporation; and DOES 1 through 15 inclusive,<br><br>Defendants. | Case No. 3:16-cv-04889 RS<br><br>**JOINT STIPULATION TO FURTHER EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND HEARING ON MOTION FOR PRELIMINARY APPROVAL; [PROPOSED] ORDER** |

ELIZABETH STAGGS WILSON, Bar No. 183160
estaggs-wilson@littler.com
**LITTLER MENDELSON, P.C.**
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

ALISON CUBRE, Bar No. 257834
acubre@littler.com
LISA LIN GARCIA, Bar No. 260582
llgarcia@littler.com
**LITTLER MENDELSON, P.C.**
333 Bush Street, 34th Floor
San Francisco, CA 94104.2842
Telephone: 415.433.1940
Facsimile: 415.399.8490

ANGELO SPINOLA, *appearance pro hac vice*
aspinola@littler.com
**LITTLER MENDELSON, P.C.**
3344 Peachtree Road NE, Suite 1500
Atlanta, GA 30326
Telephone: 404.233.0330
Facsimile: 404.233.2361

Attorneys for Defendants
KINDRED HEALTHCARE OPERATING, INC. and GENTIVA
CERTIFIED HEALTHCARE CORP.

Plaintiff VALERIE CASHON ("Plaintiff") and Defendants KINDRED HEALTHCARE OPERATING, INC. and GENTIVA CERTIFIED HEALTHCARE CORP. ("Defendants") (collectively, the "Parties"), through their respective counsel, hereby stipulate, subject to Court approval, as follows.

WHEREAS, on November 19, 2017 the parties participated in mediation in this action;

WHEREAS, on November 28, 2017, Plaintiff filed a Notice of Proposed Class Settlement and Request for Preliminary Approval Hearing Date [Dkt No. 58] in which Plaintiff informed the court of a proposed settlement and sought a motion for preliminary approval of class action settlement hearing date in late January 2018;

WHEREAS, on November 28, 2017, the Court issued an Order Staying Currently Set Date and Setting Schedule for Preliminary Approval [Dkt No. 59] in which the Court ordered the parties to file the motion for preliminary approval by January 11, 2018 and set the hearing regarding preliminary approval on February 1, 2018 at 1:30 p.m. in Courtroom 3;

WHEREAS, the Parties have previously requested and the Court approved the Parties' request to move the deadline to file the motion for preliminary approval [Dkt Nos. 61-64; 70-75];

WHEREAS, the current deadline for Plaintiff to file her motion for preliminary approval is March 27, 2018;

WHEREAS, the Parties have been and continue to work diligently to prepare the long-form stipulation regarding class settlement but have not yet finalized that agreement;

WHEREAS, the parties need further additional time to finalize that agreement after which the motion for preliminary approval can be filed and heard;

WHEREAS, the parties believe that it would be most efficient for the parties and the Court to continue the deadline regarding motion for preliminary approval;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, as follows:

///

1. The deadline for Plaintiff to file her motion for preliminary approval currently scheduled for March 27, 2018 shall be continued to April 6, 2018; and

2. The hearing on Plaintiff's motion for preliminary approval currently scheduled for April 19, 2018 at 1:30 p.m. shall remain on the same date and time or the Court's earliest available hearing date thereafter.

IT IS SO STIPULATED.

Dated: March 27, 2018

/s/ Anthony Perez
ANTHONY PEREZ
CHARLES L. POST
BRENDAN J. BEGLEY
DARRIN M. MENEZES
Attorneys for Plaintiff
VALERIE CASHON

Dated: March 27, 2018

/s/ Lisa Lin Garcia
ELIZABETH STAGGS WILSON
ALISON J. CUBRE
LISA LIN GARCIA
ANGELO SPINOLA
Attorneys for Defendants
KINDRED HEALTHCARE OPERATING, INC., and GENTIVA CERTIFIED HEALTHCARE CORP.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated: March 27, 2018            By:   /s/ Lisa Lin Garcia
                                       Lisa Lin Garcia

# [~~PROPOSED~~] ORDER

Having considered the Parties' Joint Stipulation to Further Extend Deadline to File Motion for Preliminary Approval of Class Action Settlement and Hearing on Motion for Preliminary Approval, and good cause appearing therefor, the Court hereby orders as follows:

1. The deadline for Plaintiff to file her motion for preliminary approval is hereby continued from March 27, 2018 to April 6, 2018;

2. The hearing on Plaintiff's motion for preliminary approval shall ~~be set~~ remain on April 19, 2018 at 1:30 pm.

**IT IS SO ORDERED**

Dated: 3/27/18

_____
HON. RICHARD SEEBORG

Firmwide:153652221.2 091140.1001

---

JOINT STIP. TO FURTHER EXTEND
MOTION FOR PRELIM. APP. DEADLINE

6.

Case No. 3:16-cv-04889 RS